# Exhibit 1



**LEECH TISHMAN FUSCALDO & LAMPL INC**
**Attn: SANDFORD L FREY**
200 S LOS ROBLES AVE STE 300
PASADENA CA 91101-2483

## Project Spreadsheet

| | |
|---|---|
| **Date:** | 02/12/2021 |
| **Reference #:** | 17405-000 |
| **Contact:** | Kathy Ballard |
| **Phone #:** | 800-316-6660 |
| | Capitol Services/Delaware |

| Entity | State | Jurisdiction | Thru Date | Original File Date | File Number | Secured Party | Related Filings | Case # | Style Of Action |
|---|---|---|---|---|---|---|---|---|---|
| MISSOURI JACK, LLC | MO | SECRETARY OF STATE | 1/29/2021 | | | 2 FINANCING STATEMENT | | | |
| MISSOURI JACK, LLC | MO | SECRETARY OF STATE | 1/29/2021 | 10/2/2012 | 1210021342893 | MEADOWBROOK MEAT COMPANY, INC. | CONTINUATION 08/15/2017 | | |
| MISSOURI JACK, LLC | MO | SECRETARY OF STATE | 1/29/2021 | 9/20/2018 | 1809242038783 | JACK IN THE BOX INC. | | | |
| ILLINOIS JACK, LLC | MO | SECRETARY OF STATE | 1/29/2021 | | | NO CERTIFIED UCC | | | |
| CONQUEST FOODS, LLC | MO | SECRETARY OF STATE | 1/29/2021 | | | NO CERTIFIED UCC | | | |
| TNH PARTNERS, LLC | MO | SECRETARY OF STATE | 1/29/2021 | | | NO CERTIFIED UCC | | | |
| MISSOURI JACK, LLC | IL | SECRETARY OF STATE | 2/5/2021 | | | 1 FINANCING STATEMENT | | | |
| MISSOURI JACK, LLC | IL | SECRETARY OF STATE | 2/5/2021 | 7/7/2011 | 16417300 | RBS CITIZENS, N.A. | TERMINATION 02/28/2014 CONTINUATION 02/12/2016 TERMINATION 03/24/2017 | | |
| ILLINOIS JACK, LLC | IL | SECRETARY OF STATE | 2/5/2021 | | | 3 FINANCING STATEMENT | | | |
| ILLINOIS JACK, LLC | IL | SECRETARY OF STATE | 2/5/2021 | 7/7/2011 | 16417300 | RBS CITIZENS, N.A. | TERMINATION 02/28/2014 CONTINUATION 02/12/2016 TERMINATION 03/24/2017 | | |
| ILLINOIS JACK, LLC | IL | SECRETARY OF STATE | 2/5/2021 | 10/2/2012 | 17644017 | MEADOWBROOK MEAT COMPANY, INC. | CONTINUATION 08/15/2017 | | |
| ILLINOIS JACK, LLC | IL | SECRETARY OF STATE | 2/5/2021 | 9/20/2018 | 23754789 | JACK IN THE BOX INC. | | | |

**Terms & Conditions:** Capitol Services, Inc. and its affiliates make no express or implied representation or warranty regarding any services provided. All liability shall be limited to the amount of the fee paid for services.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CONQUEST FOODS, LLC, | IL | SECRETARY OF STATE | 2/5/2021 | | 1 FINANCING STATEMENT | | | | |
| CONQUEST FOODS, LLC, | IL | SECRETARY OF STATE | 2/5/2021 | 7/7/2011 | 16417300 | RBS CITIZENS, N.A. | TERMINATION 02/28/2014 CONTINUATION 02/12/2016 TERMINATION 03/24/2017 | | |
| TNH PARTNERS, LLC | IL | SECRETARY OF STATE | 2/5/2021 | | NO CERTIFIED UCC/FEDERAL LIEN | | | | |
| MISSOURI JACK, LLC | DE | SECRETARY OF STATE | 2/2/2021 | | 1 FINANCING STATEMENT | | | | |
| MISSOURI JACK, LLC | DE | SECRETARY OF STATE | 2/2/2021 | 7/1/2011 | 20112796962 | RBS CITIZENS, N.A. | TERMINATION 02/28/2014 CONTINUATION 02/12/2016 TERMINATION 03/24/2017 | | |
| ILLINOIS JACK, LLC | DE | SECRETARY OF STATE | 2/2/2021 | | 1 FINANCING STATEMENT | | | | |
| ILLINOIS JACK, LLC | DE | SECRETARY OF STATE | 2/2/2021 | 7/1/2011 | 20112796962 | RBS CITIZENS, N.A. | TERMINATION 02/28/2014 CONTINUATION 02/12/2016 TERMINATION 03/24/2017 | | |
| CONQUEST FOODS, LLC | DE | SECRETARY OF STATE | 2/2/2021 | | 2 FINANCING STATEMENT | | | | |
| CONQUEST FOODS, LLC | DE | SECRETARY OF STATE | 2/2/2021 | 7/1/2011 | 20112796962 | RBS CITIZENS, N.A. | TERMINATION 02/28/2014 CONTINUATION 02/12/2016 TERMINATION 03/24/2017 | | |
| CONQUEST FOODS, LLC | DE | SECRETARY OF STATE | 2/2/2021 | 2/20/2014 | 20140772004 | CITY NATIONAL BANK | CONTINUATION 10/10/2018 AMENDMENT 04/23/2019 AMENDMENT 11/04/2019 | | |
| TNH PARTNERS, LLC | DE | SECRETARY OF STATE | 2/2/2021 | | NO CERTIFIED UCC/FEDERAL LIEN | | | | |
| MISSOURI JACK, LLC | CA | SECRETARY OF STATE | 2/3/2021 | | NO CERTIFIED UCC/FEDERAL & STATE LIENS/JUDGMENT LIEN | | | | |
| ILLINOIS JACK, LLC | CA | SECRETARY OF STATE | 2/3/2021 | | NO CERTIFIED UCC/FEDERAL & STATE LIENS/JUDGMENT LIEN | | | | |
| CONQUEST FOODS, LLC, | CA | SECRETARY OF STATE | 2/3/2021 | | NO CERTIFIED UCC/FEDERAL & STATE LIENS/JUDGMENT LIEN | | | | |
| TNH PARTNERS, LLC | CA | SECRETARY OF STATE | 2/3/2021 | | 1 STATE LIEN | | | | |
| TNH PARTNERS, LLC | CA | SECRETARY OF STATE | 2/3/2021 | 11/10/2011 | 117291314665 | EMPLOYMENT DEVELOPMENT DEPARTMENT | | | |

**Terms & Conditions:** Capitol Services, Inc. and its affiliates make no express or implied representation or warranty regarding any services provided. All liability shall be limited to the amount of the fee paid for services.