# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Missouri Jack, LLC**  
Debtor(s)

Case No.  **21-40540**  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **10** page(s) and is true, correct and complete.

/s/ Navid Sharafatian  
**Navid Sharafatian**/**Manager of TNH Partners, LLC, its Manager**  
Signer/Title

Dated: **February 17, 2021**